**Exhibit D**



Prepared By: Jason Arce
McCabe Weisberg & Conway, P.C.
Suite 2080
123 South Broad Street
Philadelphia, PA 19109

Record and Return To:
McCabe Weisberg & Conway, P.C.
Suite 2080      RETURN TO
123 South Broad Street
Philadelphia, PA 19109
Attn: Jason Arce



### Assignment of Mortgage

Effective Date of Assignment: April 15, 2009

For Value Received, the undersigned holder of a mortgage, Mortgage Electronic Registration Systems, Inc. as nominee for Allied Mortgage Group, Inc., whose address is P.O. Box 2026 Flint, MI 48501

does hereby grant, sell, assign, transfer and convey without warranties of any nature whatsoever and without recourse, unto The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-J14 Mortgage Pass-Through Certificates, Series 2005-J14, whose address is 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, California 93063

a certain Mortgage dated 8-31-2005 made and executed

by: Janice Walker a/k/a Janice M Walker

upon the following described property situated in Chester County, Commonwealth of Pennsylvania: which has the address of 63 Buttonwood Drive, Exton, PA 19341

07/08/09

This Document Recorded
07/08/2009
10:47AM
Doc Code: ASM Chester County, Recorder of Deeds Office

Doc Id: 10942067
Receipt #: 462121
Rec Fee: 28.50



10942067
Page 1 of 4
B-7716 P-416

Case 10-12592-elf Claim 10-1 Part 2 Filed 09/17/10 Desc Exhibit Exhibit D Page 3 of 5
Case 10-12592-elf Doc 50-4 Filed 11/16/10 Entered 11/16/10 09:34:24 Desc Exhibit Exhibit D Page 26 of 28
11/29/2014 00:34 FAX → ATAPOL ☒007

I do hereby certify that the precise address of The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-J14 Mortgage Pass-Through Certificates, Series 2005-J14, whose address is 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, California 93063

Attested By: _____
Kari Selman, Assistant Vice President

such Mortgage having been given to secure payment of $248,000.00, which Mortgage is of record in Book# 6644, Page# 1699 of the Recorder of Deeds of Chester County, Commonwealth of Pennsylvania, together with the note(s) and obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage. This Mortgage was recorded on 10-07-2005.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above- described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on _June 17_, _2009_.

Mortgage Electronic Registration Systems, Inc. as nominee for Allied Mortgage Group, Inc.
(Company)
Signature: _____
Date: 6/17/09
Title: David Perez, Asst. Vice President

10942067
B-7716 P-416

### FORM OF CORPORATE ACKNOWLEDGEMENT

State of           )
        TEXAS
                   ) SS:
County of COLLIN   )

On this 17 day of June, 2009 before me the undersigned officer, personally appeared David Perez who acknowledged himself or herself to be the ASSISTANT VICE PRESIDENT of Mortgage Electronic Registration Systems, Inc. as nominee for Allied Mortgage Group, Inc., and that he or she as such ASSISTANT VICE PRESIDENT, being authorized to do so, executed the foregoing instrument for the purposes therein contained by signing the name of the corporation by himself or herself as ASSISTANT VICE PRESIDENT.

In witness whereof, I here unto set my hand and official seal.



NOTARY PUBLIC

CHASTITY TERRELL
MY COMMISSION EXPIRES
February 20, 2010



10942067
Page 3 of 4
B-7716 P-416

**Exhibit A**

ALL THAT CERTAIN unit and piece of ground SITUATE in the Township of West Whiteland, County of Chester, Commonwealth of Pennsylvania, bounded and described according to an As-built Plan of Units No. 61 to 69 in Erwin, made by Hopkins and Scott, Inc., of Kimberton, Pennsylvania, dated 3/27/1990, as follows, to wit:

BEGINNING at an interior point on line of lands of Erwin, a corner of Unit No. 68; thence extending along the same, North 84 degrees 11 minutes 54 seconds West 44.00 feet to a point on line of lands of Erwin; thence extending along the same, North 05 degrees 48 minutes 06 seconds East 34.00 feet to a point, a corner of Unit No. 61; thence extending along the same, South 84 degrees 11 minutes 54 seconds East 37.33 feet to a point on line of lands of Erwin; thence extending along the same, the 3 following courses and distances, to wit: (1) South 05 degrees 480 minutes 06 seconds West 8.67 feet; (2) South 84 degrees 11 minutes 54 seconds East 6.87 feet; and (3) South 05 degrees 48 minutes 06 seconds West 19.33 feet to a point a corner of Unit No. 68; the first mentioned point and place of beginning.



10942087
B-7716 P-416