**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    JANICE WALKER, | : | Chapter 13 |
| | : | |
| Debtor. | : | |
| | : | Bky. No. 10-12592 ELF |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Objection to the Proof of Claim of the Bank of New York Mellon ("BNYM"), as Trustee for the Certificateholders CWALT, Inc. Alternative Loan Trust 2005-J14 Mortgage Pass Through Certificates (Doc. # 50), and BNYM's Motion for Summary Judgment ("the Motion") (Doc. # 101) and the Debtor's response thereto, and for the reasons stated in the accompanying Opinion,

It is hereby **ORDERED** that:

1. The Debtor's response to the Motion will be treated as a cross-motion for summary judgment ("the Cross-Motion").

2. The Motion is **GRANTED**.

3. The Cross-Motion is **DENIED**.

4. The Debtor's Objection to BNYM's Proof of Claim (Claim No. 10-1) is **OVERRULED**.

Date: February 13, 2012

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**